**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jesus CERVANTES–GUZMAN, a.k.a.
Hugo Quintino–Pantoja,
Defendant–Appellant.**

**No. 12–10537
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 17, 2012.

Wifredo A. Ferrer, Lornette A. Reynolds, Yvonne Rodriguez–Schack, Kathleen Mary Salyer, Anne Ruth Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Michael Caruso, Federal Public Defender, Tracy Michele Dreispul, Federal Public Defender's Office, Miami, FL, for Defendant–Appellant.

Jesus Cervantes–Guzman, Youngstown, OH, pro se.

Before CARNES, WILSON and HILL, Circuit Judges.

PER CURIAM:

Tracy Dreispul, appointed counsel for Jesus Cervantes–Guzman in this appeal from the denial of Cervantes–Guzman's motion for a sentence reduction, pursuant to 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the denial of Cervantes–Guzman's motion is **AFFIRMED.**